NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT HUGHES, ESTATE OF BETTY            )
HUGHES,                                   )
                                          )
              Appellant,                  )
v.                                        )       Case No. 2D15-1329
                                          )
                                          )
WELLS FARGO BANK, N.A.,                   )
              Appellee.                   )
_____ )

Opinion filed September 16, 2020.

Appeal from the Circuit Court for Manatee
County; Gilbert Smith, Jr., Judge.

Robert Hughes, pro se.

Kimberly S. Mello of Greenburg Traurig,
P.A., of Tampa, and , for Appellee.


PER CURIAM.

              Affirmed.


KHOUZAM, C.J., and BLACK, and LUCAS, JJ., Concur.